NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DURAMED PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant,*

v.

**WATSON LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2011-1438

---

Appeal from the United States District Court for the District of Nevada in case no. 08-CV-0116, Judge Larry R. Hicks.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

### ORDER

Duramed Pharmaceuticals, Inc. (Duramed) moves without opposition for the court to take judicial notice of the joint appendix filed in this court in an earlier appeal, 2010-1331.

We grant the motion to the extent that the parties may include the joint appendix in 2010-1331 in the joint

appendix in this case. A copy of this order shall be transmitted to the merits panel in this case.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. A copy of this order shall be transmitted to the merits panel in 2011-1438.

FOR THE COURT

SEP 0 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Vernon M. Winters, Esq.
    Mark T. Jansen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK